1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:    (670) 233-8600
4  Facsimile:    (670) 233-5262
   E-Mail Address:    mark@saipanlaw.com
5
6  Attorney for *Plaintiff*

7              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN MARIANA ISLANDS

8  MOHAMMAD FEROJ AHMED,                )    CASE NO. 09-0026
                                        )
9                    Plaintiff,         )
                                        )
10        vs.                           )
                                        )    PROOF OF SERVICE
11 GREGORY BAKA, Acting Attorney General and)
   MELVIN GREY, Director of Immigration, in their)
12 official and individual capacities,  )
                                        )
13                   Defendants.        )
                                        )
14 _____     )

15        I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18

16 years of age and not a party to this action, and that on the 11th day of August, 2009 at the

17 time and manner indicated below, I served a true and correct copy of the following

18 documents.

19

20        A.    COMPLAINT DEMAND FOR JURY TRIAL.

21        B.    SUMMONS - GREGORY BAKA, ESQ.

22        C.    SUMMONS - MELVIN GREY.

23

24 Via Personal Delivery to:

25
   Office of the Attorney General
26 2nd Floor, Honorable Juan A. Sablan Memorial Building
   Capitol Hill, Commonwealth of the Northern Mariana Islands
27 at 1:45 p.m.

28

1

2  This declaration was executed at Saipan, Commonwealth of the Northern Mariana

3  Islands on this 11th day of August, 2009.

4

5  _____
    Server's signature

6  Rowena J. De Vera

7  _____
    Print Name and title

8  PMB 738, Box 10000, Saipan, MP 96950

9  _____
    Server's Address

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28