GREGORY BAKA  # F0199
Acting Attorney General
R. ANTHONY WELCH # T0041
Chief, Civil Division
BRADDOCK J. HUESMAN # F0367
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone:     (670) 664-2341
Fax:           (670) 664-2349
E-mail:        braddock.huesman@gmail.com

Attorneys for Defendants Gregory Baka and Melvin Grey

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, | CIVIL ACTION NO. 09-0026 |
| Plaintiff, | |
| vs. | |
| GREGORY BAKA, Acting Attorney General, and MELVIN GREY, Director of Immigration, in their official and individual capacities, | **NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE** |
| Defendants. | |

1  **COMES NOW** the Office of the Attorney General and enters the appearance
2  of the undersigned counsel as an attorney who will participate on behalf of Defendants
3  Gregory Baka and Melvin Grey in this case.
4
5      Respectfully submitted,

                                        OFFICE OF THE ATTORNEY GENERAL

                                        GREGORY BAKA # F0199
                                        Acting Attorney General

                                        R. ANTHONY WELCH # T0041
                                        Chief, Civil Division
                                        Assistant Attorney General

Dated: Wednesday, 12 August 2009.          /s/
                                        BRADDOCK J. HUESMAN # F0367
                                        Assistant Attorney General

                                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

**NOTICE  OF  APPEARANCE;  CERTIFICATE  OF  SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), <u>cf.</u> Fed. R. Civ. P. 5(b)(2)(D); or electronic service, <u>see</u> Local Rule 5.1.

| | |
|---|---|
| Mark B. Hanson, Esq.  # F0261<br>Second Floor, Macaranas Building<br>Beach Road, Garapan<br>PMB 738, Box 10000<br>Saipan, MP  96950-8900 | Attorney for Plaintiff Mohammad Feroj Ahmed<br>Tel:  (670) 233-8600<br>Fax:  (670) 233-5262<br>E-mail:  mark@saipanlaw.com |

**Via Electronic Service**

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Wednesday, 12 August 2009.

```
                    /s/
BRADDOCK  J.  HUESMAN  # F0367
Assistant Attorney General
Attorney for Defendants
```