1 Braddock J. Huesman, F#0367
Assistant Attorney General
2 Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
3 Saipan, MP 96950-8907
4 Telephone: (670) 664-2341
Fax: (670) 664-2349
5
Attorney for Defendants Gregory Baka and Melvin
6 Gray.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, | CIVIL ACTION NO. 09-0026 |
| Plaintiff, | |
| vs. | STIPULATION REGARDING RESPONSE DATE |
| GREGORY BAKA, Acting Attorney General and MELVIN GRAY, Director of Immigration, in their official and individual capacities, | |
| Defendants. | |

**STIPULAION REGARDING RESPONSE DATE**

Plaintiff has filed a First Amendment lawsuit against Gregory Baka and Melvin Gray in their official and individual capacities. Recently, a new Attorney General was appointed for the CNMI. In order to give the new Attorney General time to review the underlying facts giving rise to the complaint, the parties have agreed to extend Defendants' response date by fourteen (14) days.

LA/576564v1

-1-

1 **STIPULATED**

3   August 31, 2009

4   _____/S/_____
5   Braddock Huesman,

6   August 31, 2009

7   _____/S/_____
8   Mark Hanson,

LA/576564v1