FILED
Clerk
District Court

AUG 31 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, | Civil Action No. 09-0026 |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION** |
| GREGORY BAKA, Acting Attorney General and MELVIN GRAY, Director of Immigration, in their official capacities, | |
| Defendants. | |

    Now before the Court is the stipulation of the parties to extend the date for Defendants' response to the complaint in this matter by 14 days. The Court finds good cause appearing and the motion is GRANTED. The complaint in this matter was served on August 11, 2009. Defendants' responsive pleading was originally due on August 31, 2009. Pursuant to the stipulation of the parties, Defendants' responsive pleading shall now be due by September 14, 2009.

**IT IS SO ORDERED.**

Dated:    August 31, 2009

                                                      ALEX R. MUNSON
                                                      UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)