BRADDOCK J. HUESMAN #F0367
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:     (670) 664-2341
Fax:               (670) 664-2349

Attorneys for:  Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, | ) Civil Case No. 09-0026 )  )  ) |
| Plaintiff, | ) **STIPULATION** ) |
| vs. | ) ) |
| GREGORY BAKA, Acting Attorney General, and MELVIN GREY, Director of Immigration, in their official and individual capacities, | ) ) ) ) ) |

    Defendants and Plaintiff are currently engaged in settlement negotiations and have agreed to extend Defendants until September 21 to file their response to Plaintiff's complaint.

SO STIPULATED.

             _____/s/_____
             Braddock J. Huesman
             Attorney for Defendants

             _____/s/_____
             Mark B. Hanson
             Attorney for Plaintiff