```
                                               F I L E D
                                                  Clerk
                                              District Court

                                              SEP 1 7 2009

                                          For The Northern Mariana Islands
                                          By_____
                                                 (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED ) | Civil No. 09-0026 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | FIRST STIPULATION |
| GREGORY BAKA, Acting Attorney ) | TO EXTEND TIME |
| General, and MELVIN GREY, ) | |
| Director of Immigration, in their ) | |
| official and individual capacities, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

BASED UPON the stipulation of plaintiff and defendants, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the stipulation by and between plaintiff and defendants be and hereby is approved, **and defendants shall have until 3:30 p.m., Monday, September 21, 2009, to file an answer or other responsive pleading.**

AO 72
(Rev. 08/82)

The court stands ready to assist the parties in settlement negotiations, should they feel the court's efforts would be useful.

DATED this 17th day of September, 2009.

*Alex R. Munson*
———————————————
ALEX R. MUNSON
Judge