MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:     (670) 233-8600
Facsimile:      (670) 233-5262
E-Mail Address:      mark@saipanlaw.com

Attorney for *Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREGORY BAKA, Acting Attorney General and MELVIN GREY, Director of Immigration, in their official and individual capacities,<br><br>          Defendants. | CASE NO. CV 09-0026<br><br>STIPULATION RE: BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS<br><br>Date: 9:00 a.m.<br>Time: Thursday, October 22, 2009<br>Judge: Hon. Alex R. Munson |

A hearing on Defendants' Motion to Dismiss is currently scheduled for Thursday, October 22, 2009 at 9:00 a.m. and additional briefing is due by both parties. However, the parties are concluding settlement discussions that both parties believe will likely lead to a full disposition of this matter.

Accordingly, in order to allow the parties additional time to complete, if possible, a full and final resolution of this matter without the spending unnecessary time briefing and arguing the pending Motion to Dismiss, the parties respectfully request that the Court modify the briefing and hearing schedule on the Motion as follows:

    1. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or before Thursday, November 5, 2009;

    2. Defendants' Reply shall be filed on or before Thursday, November 12, 2009;

    3. Defendants' Motion to Dismiss shall be heard on Tuesday, November 17, 2009 at 9:00 a.m.

SO STIPULATED.

DATED:  October 7, 2009          /s/ Mark B. Hanson
                                 _____
                                 MARK B. HANSON
                                 Attorney for Plaintiff


DATED:  October 7, 2009          /s/ Braddock J. Huesman
                                 _____
                                 BRADDOCK J. HUESMAN
                                 Attorney for Defendants