F I L E D
Clerk
District Court

OCT -8 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

MOHAMMAD FEROJ AHMED,

Plaintiff,

v.

GREGORY BAKA, Acting Attorney General and MELVIN GRAY, Director of Immigration, in their official capacities,

Defendants.

Civil Action No. 09-0026

**ORDER GRANTING STIPULATION**

Now before the Court is the stipulation of the parties to extend the scheduled dates for responding to Defendants' motion to dismiss currently pending in this matter. The Court finds good cause appearing and orders as follows:

1. Plaintiff's Opposition to the Motion to Dismiss shall be filed on or before **Thursday, November 5, 2009**;

2. Defendants' Reply shall be filed on or before **Thursday, November 12, 2009**;

3. Hearing on the motion shall be scheduled for **Thursday, November 19, 2009 at 9:00 a.m.** and the hearing currently set for October 22, 2009 shall be taken off calendar.

**IT IS SO ORDERED.**

Dated:   October 8, 2009

*/s/ Alex R. Munson*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)