F I L E D
Clerk
District Court

OCT -8 2009

For The Northern Mariana Islands

_____ (Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY BAKA, Acting Attorney General and MELVIN GRAY, Director of Immigration, in their official capacities, <br><br> Defendants. | Civil Action No. 09-0026 <br><br> **ORDER RESCHEDULING HEARING** |

The hearing on Defendants' motion to dismiss in this matter that is currently scheduled for Thursday, November 19, 2009 at 9:00 a.m. is hereby taken off-calendar and rescheduled for **Tuesday, November 17, 2009 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:      October 8, 2009

*/s/ Alex R. Munson*

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)