BRADDOCK J. HUESMAN #F0367
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:     (670) 664-2341
Fax:               (670) 664-2349

Attorneys for:  Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED,<br><br>          Plaintiff,<br><br>                    vs.<br><br>GREGORY BAKA, Acting Attorney General, and MELVIN GREY, Director of Immigration, in their official and individual capacities, | ) Civil Case No. 09-0026<br>)<br>)<br>)<br>) **STIPULATION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     Defendants and Plaintiff have reached a settlement in this case and have agreed to remove the pending Motion to Dismiss from the Court's docket.  The parties anticipate filing a dismissal in this matter within twenty-eight days, thus precluding the need for the Plaintiff's response to the Motion to Dismiss.  Thus, the parties request that the Court remove the Defendants' pending Motion to Dismiss from its docket in anticipation of the dismissal of the lawsuit.

SO STIPULATED.

                                                       /s/
                                Braddock J. Huesman
                                Attorney for Defendants

                                                       /s/
                                Mark B. Hanson
                                Attorney for Plaintiff