IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED ) | Civil No. 09-0026 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION TO REMOVE |
| GREGORY BAKA, Acting Attorney ) | HEARING FROM CALENDAR |
| General, and MELVIN GREY, ) | DUE TO SETTLEMENT |
| Director of Immigration, in their ) | |
| official and individual capacities, ) | |
| ) | |
| Defendants ) | |
| ) | |

BASED UPON the stipulation of plaintiff and defendants that this matter has been settled and that a motion to dismiss this proceeding will be forthcoming, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the stipulation by and between plaintiff and defendants to remove from the hearing calendar the motion to dismiss set for **November 17, 2009, be and hereby is approved and the motion is taken off-calendar.**

DATED this 5th day of November, 2009.

_Alex R. Munson_
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)