MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for *Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD FEROJ AHMED, | CASE NO. CV 09-0026 |
| Plaintiff, | |
| vs. | STIPULATED DISMISSAL |
| GREGORY BAKA, Acting Attorney General and MELVIN GREY, Director of Immigration, in their official and individual capacities, | |
| Defendants. | |

In accord with the Settlement Agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a), the parties, by and through their attorneys of record, hereby stipulate to the dismissal of the above-captioned case with prejudice. The Court shall retain jurisdiction over the matter to enforce the terms of the Settlement Agreement. Each party shall bear their own attorney's fees and costs.

DATE: November 30, 2009

/s/ Mark B. Hanson
_____
MARK B. HANSON
Attorney for Plaintiff

DATED: November 30, 2009

/s/ Braddock J. Huesman
_____
BRADDOCK J. HUESMAN
Attorney for Defendants