IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

DEC - 1 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| MOHAMMAD FEROJ AHMED ) | Civil No. 09-0026 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | WITH PREJUDICE and |
| GREGORY BAKA, Acting Attorney ) | CLOSING FILE |
| General, and MELVIN GREY, ) | |
| Director of Immigration, in their ) | |
| official and individual capacities, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

BASED UPON the stipulation of plaintiff and defendants that this matter has been settled and that an order of dismissal with prejudice may be entered, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that this matter be and hereby is dismissed with prejudice. The court shall retain jurisdiction to enforce the terms of the settlement agreement. The parties shall bear their own costs and fees; and,

IT IS FURTHER ORDERED that this file be and hereby is closed.

DATED this 1st day of December, 2009.

_____
ALEX R. MUNSON
Judge